IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL-RYAN KRUGER, Special    )
Administrator of the Estate     )
of Andrea Kruger,               )
                                )
            Plaintiff,          )        4:14CV3139
                                )
       v.                       )
                                )
STATE OF NEBRASKA; DEPARTMENT   )        ORDER
OF CORRECTIONAL SERVICES;       )
ROBERT HOUSTON, Retired         )
Director, Department of         )
Correctional Services, in his   )
official and individual         )
capacities; CAMERON WHITE,      )
Behavioral Health               )
Administrator, Department of    )
Corrections, in his official    )
and individual capacities;      )
CORRECT CARE SOLUTIONS; DR.     )
NATALIE BAKER, in her official  )
and individual capacities;      )
and DR. RANDY KOHL, in his      )
official and individual         )
capacities,                     )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file responsive pleading (Filing No. 18). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until October 6, 2014, to respond to the individual defendants' motion to dismiss.

DATED this 21st day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court