IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

MICHAEL-RYAN KRUGER, Special     )
Administrator of the Estate      )
of Andrea Kruger,                )
                                 )
              Plaintiff,         )          4:14CV3139
                                 )
         v.                      )
                                 )
STATE OF NEBRASKA; DEPARTMENT    )          ORDER
OF CORRECTIONAL SERVICES;        )
ROBERT HOUSTON, Retired          )
Director, Department of          )
Correctional Services, in his    )
official and individual          )
capacities; CAMERON WHITE,       )
Behavioral Health                )
Administrator, Department of     )
Corrections, in his official     )
and individual capacities;       )
CORRECT CARE SOLUTIONS; DR.      )
NATALIE BAKER, in her official)
and individual capacities;       )
and DR. RANDY KOHL, in his       )
official and individual          )
capacities,                      )
                                 )
              Defendants.        )
_____)


        This matter is before the Court on plaintiff's motion

to extend time to file Rule 26 planning report (Filing No. 24).

The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until twenty (20) days after the Court rules on the pending motions to dismiss to file their Rule 26(f) planning report.

DATED this 9th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court