IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL-RYAN KRUGER, Special Administrator of the Estate of Andrea Kruger, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:14CV3139 |
| v. | ) ) | |
| STATE OF NEBRASKA; DEPARTMENT OF CORRECTIONAL SERVICES; ROBERT HOUSTON, Retired Director, Department of Correctional Services, in his official and individual capacities; CAMERON WHITE, Behavioral Health Administrator, Department of Corrections, in his official and individual capacities; CORRECT CARE SOLUTIONS; DR. NATALIE BAKER, in her official and individual capacities; and DR. RANDY KOHL, in his official and individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to dismiss Dr. Natalie Baker without prejudice (Filing No. 26). The Court notes the motion is unopposed and finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Dr. Natalie Baker is dismissed without prejudice as a defendant in this action.

DATED this 10th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court