IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

MICHAEL-RYAN KRUGER, Special )
Administrator of the Estate )
of Andrea Kruger, )
                             )
            Plaintiff, )              4:14CV3139
                             )
      v. )
                             )
STATE OF NEBRASKA; DEPARTMENT )        ORDER
OF CORRECTIONAL SERVICES; )
ROBERT HOUSTON, Retired )
Director, Department of )
Correctional Services, in his )
official and individual )
capacities; CAMERON WHITE, )
Behavioral Health )
Administrator, Department of )
Corrections, in his official )
and individual capacities; )
CORRECT CARE SOLUTIONS; )
and DR. RANDY KOHL, in his )
official and individual )
capacities, )
                             )
           Defendants. )
_____)

      This matter is before the Court on plaintiff's motion to dismiss Correct Care Solutions, LLC, without prejudice (Filing No. 43).  The Court notes the motion is unopposed and finds it should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted;
Correct Care Solutions, LLC, is dismissed without prejudice as a
defendant in this action.

DATED this 2nd day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court